UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-20018-RNS

JAMES WATSON,

    Plaintiff,

v.

17TH INVESTORS, INC. d/b/a
Quarterdeck Seafood Bar &
Neighborhood Grill,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff James Watson and Defendant 17th Investors, Inc. d/b/a Quarterdeck Seafood Bar & Neighborhood Grill file this Joint Notice of Settlement under Southern District of Florida Local Rule 16.4, and also move for a 60-day stay of all deadlines to finalize the settlement.

1. Plaintiff and Defendant have reached a settlement in principle of all claims in this action.

2. However, Defendant's response to the Complaint is due today, February 17, 2023. *See* (D.E. 10).

3. The parties therefore move for a 60-day stay of all deadlines in this case to finalize the settlement agreement and file a stipulation of dismissal with this Court.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter an order staying all deadlines in this case for 60 days, through **April 18, 2023**, to file a stipulation of dismissal of the action by that date.

DATED: February 17, 2023

#2609016v1-200109.0012

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Ryan H. Lehrer* |
| J. Courtney Cunningham, Esq. | **RYAN J. LEHRER** |
| FBN: 628166 | Florida Bar # 0084423 |
| cc@cunninghampllc.com | eservice@trippscott.com |
| legal@cunninghampllc.com | rhl@trippscott.com |
| | sxc@trippscott.com |
| **J. COURTNEY CUNNINGHAM, PLLC** | |
| *Counsel for Plaintiff* | **JENNIFER H. WAHBA** |
| 8950 SW 74th Court, Suite 2201 | Florida Bar # 1010093 |
| Miami, Florida 33156 | eservice@trippscott.com |
| T: 305-351-2014 | jmh@trippscott.com |
| | jam@trippscott.com |
| | |
| | **TRIPP SCOTT, P.A.** |
| | *Counsel for Defendant* |
| | 110 S.E. 6th Street, 15th Floor |
| | Ft. Lauderdale, FL  33301 |
| | (954) 525-7500 telephone |
| | (954) 761-8475 facsimile |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February 2023, I electronically served all counsel of record by filing this document with the Clerk of Court using CM/ECF.

*/s/ Ryan H. Lehrer*

2