UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20018-RNS

JAMES WATSON,

    Plaintiff,
v.

17TH INVESTORS LLC.,
d/b/a Quarterdeck Seafood Bar & Neighborhood Grill

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JAMES WATSON, and Defendant, 17TH INVESTORS LLC., d/b/a Quarterdeck Seafood Bar & Neighborhood Grill, by and through their respective counsel, and in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action against named Defendants with each party is to bear its own costs and attorney's fees.

Respectfully submitted on April 19, 2023.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* <br> J. Courtney Cunningham, Esq. <br> FBN: 628166 <br> **J. COURTNEY CUNNINGHAM, PLLC.** <br> 8950 SW 74th Court, Suite 2201 <br> Miami, Florida 33156 <br> T: 305-351-2014 <br> cc@cunninghampllc.com <br> legal@cunninghampllc.com <br><br> *Counsel for Plaintiff* | By: */s/ Ryan H. Lehrer* <br> Ryan H. Lehrer <br> Florida Bar # 0084423 <br> TRIPP SCOTT, P.A. <br> 110 S.E. 6th Street, 15th Floor. <br> Ft. Lauderdale, FL 33301 <br> (954) 525-7500 telephone <br> eservice@trippscott.com <br> rhl@trippscott.com <br> sxc@trippscott.com <br><br> *Counsel for Defendant* |

**Watson v. 17th Investors, LLC**
**Case No. 23-cv-20018-RNS**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*